In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00210-CV


 _____________________



ELLA MARIE MASON, Appellant



V.



NATHANIEL EDWARD MASON, Appellee







On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-203,513






MEMORANDUM OPINION



 Ella Marie Mason filed notice of appeal but failed to file a brief. On September 24,
2009, we notified the parties that the brief had not been filed and warned that failure to file
a brief could result in a dismissal of the appeal for want of prosecution. Mason did not
request additional time and did not explain the failure. On November 3, 2009, we notified
the parties that the appeal would be submitted to the Court without oral argument. See Tex.
R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the
appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY Justice


Submitted November 24, 2009

Opinion Delivered December 10, 2009


Before Gaultney, Kreger, and Horton, JJ.